# UNITED STATES BANKRUPTCY COURT

District of Arizona

In re James A. Simunek, Debtor

Case No. 2:12-bk-20376-RTB

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** GMAC Mortgage, LLC (successor by merger to GMAC Mortgage Corporation)

**Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account: 1 6 7 4

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

- ☑ No
- ☐ Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 12/11/2012 (Included in POC) | (5) | $ $425.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Fee Notice | 1/14/13 | (11) | $ 50.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

❐ I am the creditor.

❐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ Jamin S. Neil (026655) Date 01 / 14 / 2013
Signature

**Print:** Jamin S. Neil Title Attorney for Creditor
First Name Middle Name Last Name

Company PITE DUNCAN, LLP

Address 4375 Jutland Drive, Suite 200
Number Street
San Diego CA 92177-0933
City State ZIP Code

Contact phone (858) 750 – 7600 Email jneil@piteduncan.com

Josephine E. Salmon (SBN 020630)
jsalmon@piteduncan.com
Jamin S. Neil (SBN 026655)
jneil@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for GMAC Mortgage, LLC (successor by merger to GMAC Mortgage Corporation)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA - PHOENIX DIVISION**

| | |
|---|---|
| In re<br><br>JAMES A. SIMUNEK,<br><br>Debtor. | Case No. 2:12-bk-20376-RTB<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Jennifer Van Brunt, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served on January 16, 2013. Service was accomplished by the method and to the following as indicated:

**BY ELECTRONIC NOTICE OR FIRST CLASS MAIL**

James A. Simunek
1313 East Jade Drive
Chandler, AZ 85286
(Via U.S. Mail)

Brian C. Dault
Dault & Associates PLLC
908 West Chandler Boulevard, Suite D
Chandler, AZ 85225
brian@daultlaw.com
(Via Email)

Russell Brown
Chapter 13 Trustee
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965
(Via U.S. Mail)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 16, 2013

/s/ *Jennifer Van Brunt*
JENNIFER VAN BRUNT