# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JAMES A SIMUNEK | | |
| **Case Number:** | 2:12-BK-20376-EPB | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, JUNE 23, 2015 10:00 AM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. | | |
| **Courtroom Clerk:** | ANNETTE AGUILAR | | |
| **Reporter / ECR:** | MARGARET KELLY | | |

### *Matter:*

DEBTOR'S MOTION TO AUTHORIZE LOAN MODIFICATION

**R / M #:**   36 / 0

### *Appearances:*

CRAIG FRIEDRICHS, ATTORNEY FOR TRUSTEE , RUSSELL  BROWN
BRIAN C. DAULT, ATTORNEY FOR JAMES A SIMUNEK

### *Proceedings:*

Mr. Friedrichs has no opposition to counsel's fee request. He notes the fee for the loan modification is not included in the plan as a flat fee so perhaps an itemized fee application might be necessary.

Mr. Dault states he spent up to 3 hours on the matter.

COURT:  THE COURT accepts Mr. Dault's avowal and therefore, IT IS ORDERED approving the motion.

06/23/2015   10:28:37AM